**Opinion issued March 10, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00545-CV

————————————

**ALLISON CHANDRA LYNNE LULOFS, Appellant**

**V.**

**STEVEN ADRIAN GONZALES, Appellee**

---

**On Appeal from the 131st District Court**
**Bexar County, Texas**
**Trial Court Case No. 2013-CI-08772**

---

## MEMORANDUM OPINION

Appellant, Allison Chandra Lynne Lulofs, has failed to timely file a brief.
*See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure
of appellant to file brief). After being notified that this appeal was subject to
dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.